# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00063-CV

---

**Carroll L. Lee, Peggy G. Lee, Lee Concho Valley Family L.P., Sandra Cagle, Jerry D. Lee, Larry G. Lee, and Matthew Lee, Appellants**

**v.**

**Memorial Production Operating, LLC, Memorial Resource Development Corporation, Grandfield Consulting, Inc., Charles Mark Witt, Boaz Energy, LLC, Boaz Energy II, LLC, and Ivory Energy, LLC, Appellees**

---

**FROM THE 51ST DISTRICT COURT OF COKE COUNTY**
**NO. CV1604622, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING**

---

## O R D E R

---

**PER CURIAM**

Appellants filed their notice of appeal on February 11, 2022. The reporter's record was due on March 14, 2022. On the reporter's requests, the time for filing was extended to May 11, 2022. On June 13, 2022, Ms. Cindy Wilde requested a third extension of time. We grant the request and order Ms. Wilde to file the reporter's record in this cause no later than July 11, 2022. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Ms. Wilde being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on June 16, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith